IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIFFANY NICOLE THOMPSON;
and BARRETT THOMPSON                                                PLAINTIFFS

v.                          No. 3:18-cv-202-DPM

CARMON SEARS                                                         DEFENDANT

ORDER

The Thompsons moved for a Clerk's default and default judgment. FED. R. CIV. P. 55(a). The Clerk has entered default, № 6. The Thompsons made good service on Sears. They mailed process by certified mail, restricted delivery, to his new address. Sears signed for the mail on 27 December 2018. № 4-1; № 4-2; ARK. R. CIV. P. 4(g)(1). Sears has not answered and his time to do so has expired. Counsel have recently appeared for him. № 7. No motion to set aside or answer out of time has been filed. The Thompsons are entitled to judgment on liability. The case will proceed to trial on damages only. Motion, № 4, granted.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

22 March 2019