# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TIFFANY NICOLE THOMPSON;
and BARRETT THOMPSON                                          PLAINTIFFS

v.                       No. 3:18-cv-202-DPM

CARMON SEARS                                                   DEFENDANT

## ORDER

The motion to substitute, № 21, is granted. Tony and Brenda Sears, general guardians of the person and estate of Carmon Sears, are substituted as defendants. The Court directs the Clerk to update the docket.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 July 2019