IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TIFFANY NICOLE THOMPSON and
BARRET THOMPSON                                                                PLAINTIFFS

v.                                    No. 3:18-cv-202-DPM

TONY SEARS and BRENDA SEARS,
Guardians of the Person and Estate of
Carmon Sears (originally named as Carmon
Sears)                                                                         DEFENDANTS

JUDGMENT

The Thompsons' amended complaint is dismissed with prejudice. The Court retains jurisdiction until 3 October 2020 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

3 September 2020